**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No: 15-50800 |
| Asia McKinney | Chapter 13 |
| *Debtor(s)* | Judge C. Kathryn Preston |

### NOTIFICATION OF NEW ADDRESS OF DEBTOR

Attorney, Jennifer G. CaJacob, hereby notifies the court of the above referenced Debtor's new address:

> 6596 Delaware Crossing Street
> Reynoldsburg Ohio 43068

Date:  May 19, 2015                                      /s/ Jennifer G. CaJacob
                                                                                            Jennifer G. CaJacob (0072689)
                                                                               Attorney for Debtor
                                                                               CaJacob Law Group
                                                                               470 Olde Worthington Rd., Ste. 200
                                                                               Westerville, OH 43082
                                                                               jennifer@cajacoblawgroup.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate of copy of the attached Notification was served by ordinary US mail and/or electronically as permitted by the rules, upon the following parties on this 19th day of May, 2015.

/s/ Jennifer G. CaJacob
Jennifer G. CaJacob
Attorney for Debtor

SERVED ELECTRONICALLY:

Frank M. Pees
Chapter 7 Trustee

Office of the U.S. Trustee

Brian M. Gianangeli
Attorney for the State of Ohio,
Department Of Taxation

SERVED VIA ORDINARY US MAIL:

Asia McKinney
6596 Delaware Crossing Street
Reynoldsburg Ohio 43068