# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No: 15-50800 |
| Asia McKinney | Chapter 13 |
| *Debtor(s)* | Judge C. Kathryn Preston |

### NOTIFICATION OF NEW ADDRESS OF DEBTOR

Attorney, Jennifer G. CaJacob, hereby notifies the court of the above referenced Debtor's new address:

> 85 Woodcliff Drive
> Whitehall, Ohio 43213

Date:  October 29, 2015                    /s/ Jennifer G. CaJacob
                                            Jennifer G. CaJacob (0072689)
                                            Attorney for Debtor
                                            CaJacob Law Group
                                            470 Olde Worthington Rd., Ste. 200
                                            Westerville, OH 43082
                                            jennifer@cajacoblawgroup.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate of copy of the attached Notification was served by ordinary US mail and/or electronically as permitted by the rules, upon the following parties on this 29th day of October, 2015.

/s/ Jennifer G. CaJacob
Jennifer G. CaJacob
Attorney for Debtor

SERVED ELECTRONICALLY:

Frank M. Pees
Chapter 7 Trustee

Office of the U.S. Trustee

Brian M. Gianangeli
Attorney for the State of Ohio,
Department Of Taxation

SERVED VIA ORDINARY US MAIL:

Asia McKinney
85 Woodcliff Drive
Whitehall, Ohio 43213